VALERIE JACKO, PETITIONER-RESPONDENT, v. SEARS, ROEBUCK AND CO., RESPONDENT-PETITIONER.

*Messrs. Kristeller, Zucker, Lowenstein & Cohen* for the petitioner.

*Messrs. Parsons, Canzona, Blair & Warren* for the respondent.

June 30, 1961. Denied.